# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARY FONTONES | ) | |
| aka MARY ELIZABETH FONTONES, and | ) | |
| RALPH FONTONES | ) | |
| aka RAFAEL FONTANEZ JR, | ) | |
| | ) | |
| Debtors | ) | CASE NO.: 5:19-BK-04865-RNO |

## OBJECTION OF CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. TO CONFIRMATION OF PROPOSED PLAN

Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), by and through its attorneys, Mester & Schwartz, P.C., files **Objection to Confirmation of Debtors' Proposed Plan** and states:

1. On August 18, 2016, Debtor Mary Fontones, entered into a Retail Installment Sales Contract in the principal amount of $19,593.35 (the "Contract") that referred and related to the purchase of a 2016 TOYOTA Corolla Sedan 4D LE I4, V.I.N. 2T1BURHE8GC626896 (the "Motor Vehicle"). COAF is the assignee of the Contract.

2. The interest rate under the Contract is 12.03% *per annum*.

3. To secure the Contract, Debtor granted a first lien on the Motor Vehicle in favor of COAF.

4. On November 14, 2019, Debtors filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

5. On November 14, 2019, Debtors filed a Proposed Plan (the "Plan").

6. The Chapter 13 Trustee has scheduled a 341(a) Meeting of Creditors for December 16, 2019.

7. As of November 14, 2019, the total principal balance of COAF's claim was $12,561.56.

8. In the Plan, Debtor proposed to pay COAF the sum of $8,300.00 at the rate of 5.000% *per annum* interest.

9. Debtors' proposed treatment fails to comply with the cramdown requirements for confirmation as in contained in 11 U.S.C. Section 1325(a)(5)(B)(i).

10. The fair market value for the Motor Vehicle is $12,100.00. **See attached Exhibit C.**

11. COAF is entitled to a secured claim of $12,100.00 at 5.75% interest over the life of the plan.

12. A 5.000% interest rate is inconsistent with *Till v. SCS Credit Corp.*, 541 U.S. 405 (2004).

13. For the foregoing reasons, COAF objects to confirmation of the Plan.

WHEREFORE **Capital One Auto Finance, a division of Capital One, N.A.**, respectfully requests this Honorable Court to deny confirmation of the Plan.

    Respectfully submitted,

    Mester & Schwartz, P.C.

BY: */s/* Jason Brett Schwartz
    Jason Brett Schwartz, Esquire

    1333 Race Street
    Philadelphia, PA 19107
    (267) 909-9036
    Attorney for Capital One Auto Finance,
    a division of Capital One, N.A.

Dated: December 18, 2019