**Fill in this information to identify the case:**

Debtor 1: RALPH FONTONES
Debtor 2: MARY FONTONES
(Spouse, if filing)
United States Bankruptcy Court for the: Middle District of Pennsylvania
Case number: 19-04865

Official Form 410S1                                     Chapter 13
Notice of Mortgage Payment Change                       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of Creditor: BANK UNITED N.A.,                     Court claim no. (if known): 15-2

| | |
|---|---|
| **Last four digits** of any number you use to identify the debtor's account: 3048 | **Date of payment change:** 01/01/2021<br>Must be at least 21 days after date of this notice<br><br>**New total payment:** $1,172.19<br>Principal, interest and escrow, if any |

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?** Yes

Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current Escrow Payment:** $338.31                     **New Escrow Payment:** $287.38

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?** No

Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.
If a notice is not attached, explain why:

**Current Interest Rate:**                              **New Interest Rate:**

**Current principal and interest payment:**            **New principal and interest payment:**

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?** No

Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:

**Current mortgage payment:**                           **New mortgage payment:**

| Debtor 1: RALPH FONTONES | Case number (if known): 19-04865 |
|---|---|

## Part 4: Sign Here

The person completing the Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if Different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor  ☒ I am the creditor's authorized agent

(Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

**/s/ Diane Tran**  
Signature

Date: Dec 08, 2020

Print: Diane Tran

Title: Authorized Agent

Company: Liepold, Harrison & Associates

Address: 701 Highlander Blvd., Ste. 200  
Arlington, TX 76015

Contact Phone:

Email: dtran@ursusholdings.com

UNITED STATES BANKRUPTCY COURT
Middle DISTRICT OF Pennsylvania

*In Re:*  Case No. 19-04865

**RALPH  FONTONES**
**MARY  FONTONES**

Chapter 13

Debtor(s)

**CERTIFICATE OF SERVICE**

I hereby certify that on 12/08/2020, a true and correct copy of the foregoing Notice of Mortgage Payment Change was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.

By:  /s/ Diane Tran

BANK UNITED N.A.
701 Highlander Blvd., Ste. 200
Arlington, TX 76015

Debtor
RALPH  FONTONES
MARY  FONTONES
143 DOE RD
BARTONSVILLE, PA 18321

Debtor's Counsel
Patrick James Best
18 North 8th Street
Stroudsburg, PA 18360

Trustee
CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE  SUITE A
HUMMELSTOWN, PA 17036

U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Case 5:19-bk-04865-RNO    Doc    Filed 12/09/20    Entered 12/09/20 09:51:28    Desc
Main Document      Page 3 of 5

**CARRINGTON MORTGAGE SERVICES, LLC**
P.O. Box 5001
Westfield, IN 46074

(800) 561-4567 FAX: (949) 517-5220

```
                                       /P1         /    680
RALPH FONTONES                                           YOUR LOAN NUMBER : ■■■■■■
MARY FONTONES
143 DOE RD                                               DATE: 10/16/20
BARTONSVILLE        PA 18321
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING DECEMBER, 2019 AND ENDING NOVEMBER, 2020. IF YOUR LOAN WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

#### --- YOUR PAYMENT BREAKDOWN AS OF DECEMBER, 2019 IS ---

```
                PRIN & INTEREST            884.81
                ESCROW PAYMENT             338.31
                TOTAL                    1,223.12
```

| MONTH | -- PAYMENTS TO ESCROW -- PRIOR PROJECTED | ACTUAL | -- PAYMENTS FROM ESCROW -- PRIOR PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | -- ESCROW BALANCE -- PRIOR PROJECTED | ACTUAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | STARTING BALANCE = = = > | | | 1353.25 | 2488.41- | |
| DEC | 338.31 * | | | | | | 1691.56 | 2488.41- | ALP |
| JAN | 338.31 * | | | | | | 2029.87 | 2488.41- | |
| FEB | 338.31 * | 798.74 | | | | | 2368.18 | 1689.67- | |
| MAR | 338.31 * | | | | | | 2706.49 | 1689.67- | |
| APR | 338.31 * | 399.37 | 732.51 * | CITY TAX | 580.37 | CITY TAX | 2312.29 | 1870.67- | |
| MAY | 338.31 * | 676.62 | | | | | 2650.60 | 1194.05- | |
| JUN | 338.31 | 338.31 | * | | 1208.03 | HOMEOWNERS | 2988.91 | 2063.77- | |
| JUL | 338.31 | 338.31 | 1185.06 * | HOMEOWNERS | | | 2142.16 | 1725.46- | |
| AUG | 338.31 | 338.31 | | | | | 2480.47 | 1387.15- | |
| SEP | 338.31 * | 1305.32 | 2142.16 * | SCHOOL TAX | 1660.26 | SCHOOL TAX | 676.62 TLP | 1742.09- | |
| OCT | 338.31 | E | | | | | 1014.93 | 1742.09- | |
| NOV | 338.31 | E | | | | | 1353.24 | 1742.09- | |
| TOT | 4059.72 | 4194.98 | 4059.73 | | 3448.66 | | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE (TLP) WAS $676.62. YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS $2,488.41-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

Your projected escrow balance consists of the following detail (an * next to an amount indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

```
09/19      $399.37      10/19      $399.37      11/19      $399.37
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING JANUARY, 2021 AND ENDING DECEMBER, 2021.

-------------------- **PROJECTED PAYMENTS FROM ESCROW - JANUARY, 2021 THROUGH DECEMBER, 2021** --------------

```
                HOMEOWNERS INSU               1,208.03
                SCHOOL TAX                    1,660.26
                CITY TAX                        580.37

                TOTAL                         3,448.66
                PERIODIC PAYMENT TO ESCROW      287.38     (1/12 OF "TOTAL FROM ESCROW")
```

-------------------- **PROJECTED ESCROW ACTIVITY - JANUARY, 2021 THROUGH DECEMBER, 2021** ----------------------

| MONTH | -- PROJECTED PAYMENTS -- TO ESCROW | FROM ESCROW | DESCRIPTION | -- ESCROW BALANCE COMPARISON -- PROJECTED | REQUIRED | |
|---|---|---|---|---|---|---|
| | | ACTUAL STARTING BALANCE = = = > | | 2,302.62 | 1,437.00 | |
| JAN, 21 | 287.38 | | | 2,590.00 | 1,724.38 | |
| FEB, 21 | 287.38 | | | 2,877.38 | 2,011.76 | |
| MAR, 21 | 287.38 | | | 3,164.76 | 2,299.14 | |
| APR, 21 | 287.38 | 580.37 | CITY TAX | 2,871.77 | 2,006.15 | |
| MAY, 21 | 287.38 | | | 3,159.15 | 2,293.53 | |
| JUN, 21 | 287.38 | | | 3,446.53 | 2,580.91 | |
| JUL, 21 | 287.38 | 1,208.03 | HOMEOWNERS INSU | 2,525.88 | 1,660.26 | |
| AUG, 21 | 287.38 | | | 2,813.26 | 1,947.64 | |
| SEP, 21 | 287.38 | 1,660.26 | SCHOOL TAX | 1,440.38 ALP | 574.76 | RLP |
| OCT, 21 | 287.38 | | | 1,727.76 | 862.14 | |
| NOV, 21 | 287.38 | | | 2,015.14 | 1,149.52 | |
| DEC, 21 | 287.38 | | | 2,302.52 | 1,436.90 | |

#### **** CONTINUED ON NEXT PAGE ****

--------------------------------- **DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE** ---------------------------------

```
IF THE PROJECTED LOW POINT BALANCE (ALP) IS
GREATER THAN THE REQUIRED LOW POINT BALANCE (RLP) ,
THEN THERE IS AN ESCROW SURPLUS....              THE ESCROW SURPLUS IS....       865.62 *
```

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $1,338.23.

*The statement assumes all past due payments have been made toward the loan. If there are past due payments, this amount may not be accurate.

PLEASE CALL THE ABOVE PHONE NUMBER REGARDING THE SURPLUS.

----------------------------------- **CALCULATIONS OF YOUR NEW PAYMENT AMOUNT** -----------------------------------

```
                    PRIN & INTEREST              884.81 *
                    ESCROW PAYMENT               287.38
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE  01/01/21   ==>        1,172.19
```

\* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :     YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
           HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
           WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
           ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
           DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $676.62.
           YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
           CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
           REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
           TO BE YOUR CUSHION AMOUNT.
           YOUR ESCROW CUSHION FOR THIS CYCLE IS $574.76.

YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

**Escrow payments up to escrow analysis effective date:**
05/20     $338.31          06/20     $338.31          07/20     $2,029.86*

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.